UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20517-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN PABLO ENTROCASSI,

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 21] of the Honorable Andrea M. Simonton recommending that the Defendant Juan Pablo Entrocassi's plea of guilty be accepted and Defendant be adjudicated guilty. The Court has reviewed Judge Simonton's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge Simonton is ADOPTED and AFFIRMED, and is made the Order of the District Court:

Defendant Entrocassi's plea of guilty is accepted, and Defendant Juan Pablo Entrocassi is adjudicated guilty as to Count 1 of the Indictment.

DONE AND ORDERED in Miami, Florida this 12th day of October, 2012.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Judge Andrea M. Simonton